**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

October 6, 2016

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

       Re:    Tyrone Johnson
               Case No. 5:15-03396

Dear Clerk:

    We have been informed that our client, Tyrone Johnson, has a new address, as follows:

        Tyrone Johnson
        9457 Juniper Drive
        Tobyhanna, PA  18466-3821

    Please correct the docket and mailing matrix accordingly.  Thank you.

                   Very truly yours,

                   */s/ Vincent Rubino*

                   Vincent Rubino