**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

May 14, 2019

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

      *RE:*   *Tyrone Johnson*
             *Case No. 5:15-03396*

Dear Clerk:

    We have been informed by our client, Tyrone Johnson, that he has a new address, as follows:

        495 Martin Road
        Hinesville, GA  31313

    Please correct the docket and mailing matrix accordingly.  Thank you.

                              Very truly yours,

                              */s/ Vincent Rubino*

                              Vincent Rubino