IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

TYRONE JOHNSON,       : CASE NO. 5:15-bk-03396
Aka TYRONE JOHNSON, SR.,

: CHAPTER 13

    Debtor

CERTIFICATION OF NO OBJECTION TO
MOTION TO INCUR DEBT: MORTGAGE (VA LOAN)

AND NOW comes Debtor, **TYRONE JOHNSON**, by and through his attorneys NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C., hereby certifies the following:

1. On November 4, 2019, the undersigned filed a Motion to Incur Debt: Mortgage (VA Loan) which was served on the Creditors Matrix, Chapter 13 Trustee and US Trustee.

2. According to the Notice of Motion to Incur Debt: Mortgage (VA Loan) thereto objections were due by November 18, 2019.

3. As of November 19, 2019, no Objections to the Motion to Incur Debt: Mortgage (VA Loan) have been filed with your Honorable Court.

**WHEREFORE,** the Debtor respectfully requests an Order granting the Motion to Incur Debt.

Dated: November 19, 2019

                                   **NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI, P.C.**

                                   By: /s/ Robert Kidwell
                                         ROBERT KIDWELL, ESQUIRE
                                         Attorney for Debtor
                                         Attorney I.D. No 206555
                                         PO Box 511, 712 Monroe Street
                                         Stroudsburg, PA 18360
                                         (570) 421-9090; fax (570) 424-9739
                                         rkidwell@newmanwilliams.com